**CRIMINAL COMPLAINT**
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Moises Velazquez-Moralez**<br>YOB: 1963; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE's CASE NO.<br>20-04635MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 17, 2020, at or near Papago Farms, in the District of Arizona, **Moises Velazquez-Moralez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Texas on December 4, 2015, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Moises Velazquez-Moralez** is a citizen of Mexico. On December 4, 2015, **Moises Velazquez-Moralez** was lawfully denied admission, excluded, deported and removed from the United States through Del Rio, Texas. On March 17, 2020, agents found **Moises Velazquez-Moralez** in the United States at or near Papago Farms, Arizona, without the proper immigration documents. **Moises Velazquez-Moralez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

DETENTION REQUESTED
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.
LMG2/JJO
AUTHORIZED AUSA /s/ Liza Granoff

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
John J. O'Connor
Border Patrol Agent

Sworn by telephone __x__

SIGNATURE OF MAGISTRATE JUDGE[1]  Maria S. Aguilera

DATE
March 19, 2020

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54